**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6600**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

JEREMY PASOQUEN,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, Chief District Judge. (2:05-cr-00637-DCN-1)

_____

Submitted: July 27, 2010          Decided: August 6, 2010

_____

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeremy Pasoquen, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Pasoquen appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pasoquen, No. 2:05-cr-00637-DCN-1 (D.S.C. Apr. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED